UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES SAMUEL BROWN, SR., | ) | 1:07-CV-01375-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TO PLAINTIFF TO SHOW CAUSE |
| | ) | IN WRITING WHY THE ACTION SHOULD |
| | ) | NOT BE DISMISSED FOR PLAINTIFF'S |
| v. | ) | FAILURE TO PROSECUTE BY FILING AN |
| | ) | OPENING BRIEF AND FAILURE TO |
| MICHAEL J. ASTRUE, | ) | COMPLY WITH AN ORDER OF THE COURT |
| Commissioner of Social | ) | (DOC. 5) |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff seeks judicial reView of a final decision of the Commissioner of Social Security (Commissioner) denying an application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

Plaintiff filed the complaint on September 19, 2007; on September 19, 2007, the Court served Plaintiff with a scheduling order in which the Court ordered that Plaintiff's opening brief was due ninety-five days after the date of the filing of the administrative record, which was deemed to be the Defendant's

1

answer to the complaint. The administrative record was filed on January 22, 2008; thus, Plaintiff's brief was due on or about April 27, 2008. However, almost a month has passed since the due date, but no brief has been filed; further, no request for an extension of time has been filed.

A failure to comply with an order of the Court may result in sanctions, including monetary sanctions, as well as dismissal, pursuant to the inherent power of the Court and the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Accordingly, it is HEREBY ORDERED that:

1. Within fifteen (15) days of the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to file a timely opening brief pursuant to the Court's scheduling order and for failure to obey the Court's order; Plaintiff shall show cause in writing because the Court has determined that at this point no hearing is necessary; and

2. Plaintiff is informed that the failure to respond to this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   May 19, 2008**                      /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE