McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone No: (415) 977-8943
Facsimile No: (415) 744-0134

Attorneys for Defendant/Respondent
Commissioner of Social Security

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BROWN, SR., ) | Case No. 1:07-cv-01375-LJO-SMS |
| ) | |
| Plaintiff, ) | EX PARTE REQUEST FOR EXTENSION |
| v. ) | OF TIME AND ORDER |
| ) | (FIRST REQUEST) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant, through his attorney undersigned, requests an order from this Court granting defendant an additional 30 days, to and including September 6, 2008, within which to file his response to Plaintiff's Opening Brief. This is defendant's first request, and is sought on ground that the workload of the undersigned is extremely heavy due to staffing shortages. Defendant met and conferred with Plaintiff's counsel's office, and was advised it does not oppose the request.

//

//

//

```
                                    Respectfully submitted,

Dated: August 12, 2008              McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Chief Counsel, Region IX
                                    Social Security Administration


                                    /s/ Jaime L. Preciado
                                    JAIME L. PRECIADO
                                    Special Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   August 12, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE