IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BROWN, SR., | CASE NO. CV F 07-1375 LJO SMS |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT** (Doc. 20.) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. / | |

**INTRODUCTION**

Plaintiff Charles Brown, Sr. ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-433. After review of the Administrative Record and the parties' papers, the magistrate judge issued March 27, 2009 findings and recommendations to: (1) GRANT plaintiff's request to reverse the ALJ's decision to deny plaintiff disability insurance benefits; and (2) REMAND to determine the onset date of plaintiff's disability. No timely objections to the findings and recommendations were filed.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's March 27, 2009 findings and recommendations;
2. REMANDS this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings to award disability insurance benefits and to determine the onset date of plaintiff's disability; and
3. DIRECTS this Court's clerk to enter judgment in favor of plaintiff Charles Brown, Sr. and against defendant Michale J. Astrue, Commissioner of Social Security, and to close this action.

IT IS SO ORDERED.

**Dated:**   **May 1, 2009**                            /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE