UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHARLES SAMUEL BROWN, ) | |
| ) | NO. 1:07-CV-01375 LJO-SMS |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION FOR THE AWARD AND |
| ) | PAYMENT OF ATTORNEY FEES |
| MICHAEL J. ASTRUE, ) | PURSUANT TO THE EQUAL ACCESS TO |
| Commissioner of Social ) | JUSTICE ACT, 28 U.S.C. § |
| Security, ) | 2412(d); ORDER |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of three-thousand, five-hundred dollars and zero cents ($3500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of three-thousand, five-hundred dollars and zero cents ($3500.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's

counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: July 6, 2009          /s/Robert Ishikawa
                             ROBERT ISHIKAWA
                             Attorney for Plaintiff
                             *as authorized via fax


Dated: July 6, 2009          LAWRENCE G. BROWN
                             Acting United States Attorney


                             /s/ Jaime L. Preciado
                             JAIME L. PRECIADO
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHARLES SAMUEL BROWN, ) | |
| ) | |
| Plaintiff, ) | NO. 1:07-CV-01375 LJO SMS |
| ) | |
| ) | ORDER AWARDING EQUAL |
| v. ) | ACCESS TO JUSTICE ACT ATTORNEY |
| ) | FEES PURSUANT TO |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees,

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of three-thousand, five-hundred dollars and zero cents ($3500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

**Dated:   July 8, 2009**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE