BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8928
Facsimile:  (415) 744-0134
E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHARLES S. BROWN, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:07-CV-1375-LJO-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission fo the Court as evidenced below, that Defendant's time to file a response to Plaintiff's Petition for Fees in this case is extended 14 days from June 25, 2010 to July 9, 2010.  This is Defendant's first extension in this matter.

//

//

//

//

//

Defendant apologizes to the Court and Plaintiff for any inconvenience.

                                      Respectfully submitted,

Dated: July 30, 2010                      */s/ Robert Ishikawa*
                                        (As authorized via phone)
                                        ROBERT ISHIKAWA
                                        Attorney for Plaintiff

Dated: July 30, 2010                      BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Kathryn R. Watson*
                                        KATHRYN R. WATSON
                                        Special Assistant United States Attorney
                                        Social Security Administration

                                        Attorneys for Plaintiff

    Defendant's time to file a response to Plaintiff's Petition for Fees in this case is extended 14 days from June 25, 2010 to July 9, 2010.   Plaintiff's time to file a reply is extended to July 19, 2010.

IT IS SO ORDERED.

**Dated:   July 1, 2010**                      */s/ Sandra M. Snyder*
                                        UNITED STATES MAGISTRATE JUDGE